IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 04-cv-01752-WYD

SYLVESTER DAVIS,

    Applicant,

v.

BRENT CROUSE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DENYING REQUEST

This matter is before me on a letter submitted *pro se* by the applicant Sylvester Davis and filed by the court on June 22, 2005. In the letter, Mr. Davis asks to expand the record. In an order filed on June 3, 2005, I denied as premature Mr. Davis's previous motion to expand the record submitted on May 27, 2005. The instant request also will be denied as premature. Mr. Davis will be directed to refrain from submitting any further premature motions or requests to expand the record. Accordingly, it is

ORDERED that the request to expand the record submitted *pro se* by the applicant Sylvester Davis and filed by the court on June 22, 2005, is denied as premature. It is

FURTHER ORDERED that Mr. Davis is directed to refrain from submitting any further premature motions or requests to expand the record.

Dated:  June 28, 2005

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge