IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-01752-WYD

SYLVESTER DAVIS,

    Applicant,

v.

BRENT CROUSE, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER

    This matter is before me on the "Motion for Relief from Order Denying 28 U.S.C. 2254 Application Pursuant to Federal Rules of Civ. Proc., Rule 60(b)(3)(6)" filed by Applicant Sylvester Davis on March 10, 2006.  On February 3, 2006, the Court denied Mr. Davis's habeas corpus application, dismissed the instant action with prejudice, and denied as moot Mr. Davis's request to strike his unexhausted third claim.  On March 1, 2006, Mr. Davis appealed from the dismissal of this action.  Because this action currently is on appeal to the United States Court of Appeals for the Tenth Circuit, I have no jurisdiction to address the March 10 motion for reconsideration.  Accordingly, it is

    ORDERED that the "Motion for Relief from Order Denying 28 U.S.C. 2254 Application Pursuant to Federal Rules of Civ. Proc., Rule 60(b)(3)(6)" filed March 10, 2006, is **DENIED**.

Dated: March 14, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge